COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    (415) 693 2000
Facsimile:    (415) 693 2222

Attorneys for Plaintiffs
ROCK THE VOTE; VOTO LATINO;
COMMON CAUSE; FREE PRESS; and
MAPLIGHT

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK THE VOTE; VOTO LATINO; COMMON CAUSE; FREE PRESS; and MAPLIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General of the United States; WILBUR L. ROSS, JR. in his official capacity as United States Secretary of Commerce; DOUGLAS W. KINKOPH, in his official capacity as Associate Administrator of the Office of Telecommunications and Information Applications; and RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>Defendants. | Case No. 3:20-cv-06021-WHO<br><br>**DECLARATION OF CAROLYN E. DEWITT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEWITT DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)

DAVID GREENE (160107)
(davidg@eff.org)
CORYNNE MCSHERRY (221504)
(corynne@eff.org)
AARON MACKEY (286647)
(amackey@eff.org)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA   94109-7701
Telephone:     (415) 436-9333

KRISTY PARKER (*pro hac vice forthcoming*)
(kristy.parker@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, #163
Washington, DC 20006
Telephone:     (202) 849-9307
Facsimile:     (929) 777-8428

NGOZI J. NEZIANYA (*pro hac vice forthcoming*)
(ngozi.nezianya@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
115 Broadway, Fl 5
New York, NY 10006
Telephone:     (202) 934-3636
Facsimile:     (929) 777-8428

BEN BERWICK (*pro hac vice forthcoming*)
(ben.berwick@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone:     (202)  579-4582
Facsimile:     (929) 777-8428

Cooley LLP
Attorneys at Law
San Francisco

2

DeWitt Declaration ISO Plaintiffs'
Motion for Preliminary Injunction
(Case No. 3:20-cv-06021-WHO)

I, Carolyn E. DeWitt, declare as follows:

1. I am over eighteen years of age. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the following facts, and if called to testify, could and would testify competently thereto.

2. I am President and Executive Director at Rock the Vote. Rock the Vote is a nonprofit voting rights organization headquartered in Washington, DC, with additional offices in Los Angeles, California.

3. Founded in 1990, Rock the Vote's mission is to (1) build the long-term political power of young people through voter registration, education, mobilization, and provision of nonpartisan voting information; and (2) reduce barriers to civic participation by modernizing the civic process and protecting the right to vote. Rock the Vote focuses on protecting the right to vote for young people, who are often the target of voter suppression efforts.

4. Rock the Vote pioneered the use of Internet technology to register voters and encourage them to cast a ballot. Today, Rock the Vote continues to provide its innovative civic technology resources and tailored direct voter contact messaging to more than 1,100 organizations across the United States.

5. Voter registration and engagement are at the core of Rock the Vote's mission. Together, Rock the Vote and its partners have processed nearly 12 million voter registration applications since Rock the Vote's founding and substantially increased the percentage of newly registered, young voters that cast a ballot, by deploying research-based strategies, interactive voter contact, and step-by-step guidance to help new voters participate for the first time, routinely turning out voters who register through their platform at 30 to 40 points above the national youth average.

6. In furtherance of its mission, Rock the Vote expends significant resources to register and mobilize thousands of young voters each election cycle. Rock the Vote heavily relies on online platforms—including those targeted by the Executive Order—to reach and inform the young people whom it seeks to have fully included in the political process.

7. Rock the Vote currently employs nine full-time individuals, four part-time individuals, and nine paid interns.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEWITT DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)

8. Rock the Vote relies heavily on its website and digital communication methods such as social media, email, text messages, and digital advertising to reach and mobilize young people across the country, and to encourage them to register to vote.

9. Rock the Vote's Instagram following has more than doubled since the beginning of June 2020. In addition to its own website, Rock the Vote also uses Twitter, Facebook, Snapchat, TikTok, and Medium to disseminate and receive information as part of its voter registration and education campaigns.

10. Rock the Vote relies on online platforms' moderation of false, misleading, or hateful content, including through platforms' flagging, contextualizing, or even removing information when warranted (such as Twitter's flagging of the President's false tweets about mail-in voting).

11. As a speaker, disseminator of information, listener, and electoral participation activist, Rock the Vote depends on the moderating functions of online platforms to obtain accurate and truthful information and provide that information to eligible voters that they seek to register and encourage to cast a ballot by Election Day.

12. Rock the Vote's work includes ensuring that accurate information on how to register to vote successfully and cast a ballot in each election is readily available on social media platforms—used by 90 percent of people aged 18-29, and to which many new, young voters look for information.

13. The COVID-19 pandemic has made much in-person voter registration and engagement impracticable and has prompted changes to voting procedures nationwide, including increased reliance on voting by mail. Rock the Vote has increasingly turned to online platforms as essential tools for helping its constituency of eligible voters understand how to make their voices heard. Rock the Vote relies on online platforms to provide reliable information about registering to vote and voting remotely, especially for young and new voters who will be voting by mail for the first time in the midst of a global pandemic. Challenges that these voters face include where to register and receive ballots, including for students who currently are not able to be on campus.

14. Young voters face challenges in voting and depend on social media for information, making them particularly susceptible to misinformation about voting and vote-by-mail on online

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEWITT DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)

platforms. Voter suppression efforts advanced by the President's allies, including Defendants, harm young voters. More than half of voters under the age of 35 do not have the resources or knowledge they need to vote by mail in November. Black and Latinx Americans, many of which are young or new voters, are three times more likely than white Americans to be told they lack correct voting identification, to be unable to locate a polling place, or to miss a registration deadline.

15. Defendants' words and actions are forcing Rock the Vote to divert organizational resources away from mission-critical activities in a federal election year (*i.e.*, enabling young voters to register and vote) to counter misinformation online about voting. Rock the Vote also will need to ensure that its voice is heard by government decisionmakers (including election officials) and online platforms concerning the threat posed by unchecked false information about voting online, as encouraged by the Executive Order.

16. Rock the Vote has already had to divert its limited resources to combatting misinformation online. For example, Rock the Vote has had to organize voter education sessions to explain how voters can avoid being influenced by misinformation. Rock the Vote also has had to respond to inquiries it has received via email, direct messages on social media, and on its text platform from individuals confused about voting and election procedures. Rock the Vote will have to continue to divert resources to ensure, especially during the current pandemic, that new voters are receiving accurate information on online platforms about voting and the 2020 election.

17. Defendants' actions have caused confusion among voters and concern that the voting process is "rigged" or flawed. Unchecked, misinformation spreads quickly and creates massive confusion, jeopardizing voters' successful exercise of the franchise, discouraging potential voters from participating, and ultimately undermining faith in the U.S. election system. Rock the Vote seeks to ensure that citizens can have confidence in voting.

18. As a direct consequence of Defendants' issuance and implementation of the Executive Order, Rock the Vote has diverted crucial human and financial resources at a pivotal time before the hotly contested November 2020 election.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DEWITT DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Baltimore, Maryland on September 4, 2020.

/s/ *Carolyn E. DeWitt*
Carolyn E. DeWitt

Cooley LLP
Attorneys At Law
San Francisco

6

DeWitt Declaration ISO Plaintiffs'
Motion for Preliminary Injunction
(Case No. 3:20-cv-06021-WHO)

## **ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from the Signatory of this document, pursuant to L.R. 5-1(i)(3).

/s/ *Kathleen R. Hartnett*
Kathleen R. Hartnett

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

DEWITT DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)