COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   (415) 693 2000
Facsimile:    (415) 693 2222

Attorneys for Plaintiffs
ROCK THE VOTE; VOTO LATINO;
COMMON CAUSE; FREE PRESS; and
MAPLIGHT

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK THE VOTE; VOTO LATINO; COMMON CAUSE; FREE PRESS; and MAPLIGHT,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General of the United States; WILBUR L. ROSS, JR. in his official capacity as United States Secretary of Commerce; DOUGLAS W. KINKOPH, in his official capacity as Associate Administrator of the Office of Telecommunications and Information Applications; and RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>    Defendants. | Case No. 3:20-cv-06021-WHO<br><br>**DECLARATION OF JESSE LITTLEWOOD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF JESSE LITTLEWOOD ISO
MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:20-CV-06021-WHO

DAVID GREENE (160107)
(davidg@eff.org)
CORYNNE MCSHERRY (221504)
(corynne@eff.org)
AARON MACKEY (286647)
(amackey@eff.org)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA   94109-7701
Telephone:     (415) 436-9333

KRISTY PARKER (*pro hac vice forthcoming*)
(kristy.parker@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, #163
Washington, DC 20006
Telephone:     (202) 849-9307
Facsimile:     (929) 777-8428

NGOZI J. NEZIANYA (*pro hac vice forthcoming*)
(ngozi.nezianya@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
115 Broadway, Fl 5
New York, NY 10006
Telephone:     (202) 934-3636
Facsimile:     (929) 777-8428

BEN BERWICK (*pro hac vice forthcoming*)
(ben.berwick@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone:     (202)  579-4582
Facsimile:     (929) 777-8428

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF JESSE LITTLEWOOD ISO
MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:20-CV-06021-WHO

I, Jesse Littlewood, declare as follows:

1. I am over eighteen years of age. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the following facts, and if called to testify, could and would testify competently thereto.

2. I am the Vice President of Campaigns at Common Cause, one of the nation's leading grassroots democracy-focused organizations. Common Cause is a nonprofit membership organization, founded in 1970, which is dedicated to upholding the core values of American democracy through public advocacy and activism. Since its founding, Common Cause has grown into a nationwide network of more than 1 million members and supporters, with a presence in 30 states and Washington, DC. It works to create open, honest, and accountable government that serves the public interest; promote equal rights, opportunity, and representation for all; and empower all people to make their voices heard in the political process.

3. Among other things, Common Cause works to advance the integrity of the voting process—including to ensure that votes will be counted accurately in a secure process and that anyone who interferes and tampers with American elections will be held accountable. Common Cause provides a variety of online voting tools—for registering to vote, checking registration status, requesting absentee ballots, and receiving election reminders—to ensure that eligible Americans can vote.

4. In furtherance of its mission, Common Cause expends significant resources to help voters know election rules and voter rights, and be able to successfully cast their ballot. Common Cause heavily relies on online platforms—including those targeted by the Executive Order—to reach and inform the voters whom it seeks to have fully included in the political process.

5. As a speaker, disseminator of information, listener, and electoral participation activist, Common Cause depends on the moderating functions of online platforms to obtain accurate and truthful information. Common Cause relies on online platforms to disseminate and receive reliable information critical to its mission. Common Cause also relies on online platforms' moderation of false, misleading, or hateful content, including through platforms' flagging,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECLARATION OF JESSE LITTLEWOOD ISO
MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:20-CV-06021-WHO

contextualizing, or even removing information when warranted (such as the President's tweets containing false information about mail-in voting).

6. In advance of the 2020 election, Common Cause is specifically working to expand access to vote-by-mail options and provide better voter registration options.

7. Common Cause relies on online platforms such as Twitter, Facebook, Nextdoor, and others to advance its work mobilizing eligible voters to register and know how to safely cast their ballots, and for its advocacy regarding elections and voting. Due to the COVID-19 pandemic, Common Cause has increasingly turned to online platforms as essential tools for helping voters understand how to make their voices heard.

8. Common Cause monitors online platforms for misinformation about voting and reports such instances of misinformation to the platforms, urging them (sometimes successfully) to remove disinformation and, more broadly, to address the propagation of misinformation online.

9. Misinformation about voting is particularly pernicious this election cycle, in the midst of the pandemic, because voting rules and procedures are being adapted to the pandemic. Because election officials nationwide are acting to modify voting procedures to accommodate voter safety during this pandemic, the novel procedures increase the risk that voters will be more susceptible to misinformation.

10. Because the Executive Order threatens platforms that address misinformation with adverse consequences, it makes more difficult Common Cause's efforts to combat that misinformation, both by engaging directly in counterspeech and urging platforms to correct or remove the misinformation.

11. Defendants' words and actions will force Common Cause to divert organizational resources, including valuable staff time and outreach costs (including advertising and direct voter contact costs), away from mission-critical activities in a federal election year (i.e., educating voters about their right to cast their ballots) to counter misinformation online about voting, including from President Trump. Common Cause also will need to ensure that its voice is heard by government decisionmakers and online platforms concerning the threat posed by unchecked false information about voting online, as encouraged by the Executive Order. For example, Common Cause is

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DECLARATION OF JESSE LITTLEWOOD ISO
MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:20-cv-06021-WHO

directing its members to submit comments in opposition to the Federal Communications Commission's implementation of the Executive Order.

12. As a direct consequence of Defendants' issuance and implementation of the Executive Order, Common Cause has diverted crucial human and financial resources at a pivotal time before the November 2020 election.

13. Because of the Executive Order, Common Cause and voters have been deprived of their right to receive political speech from platforms that correct or contextualize false statements made by President Trump and other government officials.

14. Defendants' actions have caused confusion among voters and concern that the voting process is "rigged" or flawed. Unchecked misinformation can jeopardize voters' successful exercise of the franchise, discouraging potential voters from participating and ultimately undermining faith in the U.S. election system. Common Cause seeks to ensure that citizens can have confidence in voting. As a direct consequence of the Executive Order, Common Cause has diverted its limited human and financial resources before a critical national election.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Boston, MA on September 4, 2020.

/s/ Jesse Littlewood
Jesse Littlewood

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DECLARATION OF JESSE LITTLEWOOD ISO
MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:20-CV-06021-WHO

## ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from the Signatory of this document, pursuant to L.R. 5-1(i)(3).

/s/ *Kathleen R. Hartnett*
Kathleen R. Hartnett

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

DECLARATION OF JESSE LITTLEWOOD ISO
MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:20-CV-06021-WHO