COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    (415) 693 2000
Facsimile:    (415) 693 2222

Attorneys for Plaintiffs
ROCK THE VOTE; VOTO LATINO;
COMMON CAUSE; FREE PRESS; and
MAPLIGHT

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK THE VOTE; VOTO LATINO; COMMON CAUSE; FREE PRESS; and MAPLIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General of the United States; WILBUR L. ROSS, JR. in his official capacity as United States Secretary of Commerce; DOUGLAS W. KINKOPH, in his official capacity as Associate Administrator of the Office of Telecommunications and Information Applications; and RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>Defendants. | Case No. 3:20-cv-06021-WHO<br><br>**DECLARATION OF DANIEL G. NEWMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NEWMAN DECLARATION ISO MOTION FOR
PRELIMINARY INJUNCTION
CASE NO. 3:20-CV-06021-WHO

DAVID GREENE (160107)
(davidg@eff.org)
CORYNNE MCSHERRY (221504)
(corynne@eff.org)
AARON MACKEY (286647)
(amackey@eff.org)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA   94109-7701
Telephone:     (415) 436-9333

KRISTY PARKER (*pro hac vice forthcoming*)
(kristy.parker@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, #163
Washington, DC 20006
Telephone:     (202) 849-9307
Facsimile:     (929) 777-8428

NGOZI J. NEZIANYA (*pro hac vice forthcoming*)
(ngozi.nezianya@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
115 Broadway, Fl 5
New York, NY 10006
Telephone:     (202) 934-3636
Facsimile:     (929) 777-8428

BEN BERWICK (*pro hac vice forthcoming*)
(ben.berwick@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone:     (202) 579-4582
Facsimile:     (929) 777-8428

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NEWMAN DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:20-CV-06021-WHO

I, Daniel G. Newman, declare as follows:

1. I am over eighteen years of age. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the following facts, and if called to testify, could and would testify competently thereto.

2. MapLight is a nonprofit organization headquartered in Berkeley, California. I am the President of MapLight.

3. MapLight's mission includes revealing the influence of money in politics, informing and empowering voters, and advancing reforms that promote a more responsive democracy.

4. MapLight aims to provide voters with accurate information about elections, including candidates, issues, and ballot initiatives at the federal, state, and local levels. For instance, MapLight's Voter's Edge program aims to provide voters with information about how to vote, as well as campaign finance data, candidate biographies, and other meaningful information about national, state, and local elections.

5. Few Internet users communicate online without using social media platforms and other intermediary online platforms. MapLight relies on online platforms such as Facebook and Twitter for its advocacy and educational efforts, including efforts to disseminate accurate information about voting through projects such as its Voter's Edge initiative.

6. Also central to MapLight's work is combatting the spread of political disinformation and manipulation on such online platforms, including through its Digital Deceptions Solutions project, which aims to increase transparency around political disinformation, its causes, and its effects. Most immediately, MapLight is currently developing a software tool, to be made publicly available in the near future in advance of the 2020 elections, that will allow Facebook users to easily and effectively report misinformation (including misinformation related to voting) to MapLight. MapLight will use these reports for purposes including supporting nonpartisan groups countering election misinformation and publicizing misinformation to create pressure for it to be removed, and reporting election misinformation to Facebook.

7. MapLight publishes a weekly newsletter that highlights news, analysis, and research about political manipulation, and its online voter guide has reached over 2 million people. Since

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

NEWMAN DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:20-CV-06021-WHO

its inception in 2005, MapLight has also been a leader in promoting transparency around political contributions and the influence of money in politics.

8. MapLight relies heavily on online platforms—including those targeted by the Executive Order—to promote its mission of ensuring transparency, accuracy, and fairness in politics and elections, as well as to disseminate and receive information.

9. MapLight depends on the moderating functions of online platforms to promote accurate and truthful information. MapLight particularly depends on platforms to correct misinformation about voting before the 2020 election.

10. MapLight is concerned that the Executive Order disincentivizes online platforms from addressing misinformation, including about voting—the exact opposite of what MapLight seeks to do through its Digital Deception Solutions project. Defendants' acts will make it more costly and difficult for MapLight both to (1) provide voters with accurate information about voting and (2) obtain the voluntary content moderation by online platforms that MapLight seeks.

11. MapLight expends significant resources to combat the misinformation that the Executive Order encourages. Rampant misinformation online, which will only increase due to the Executive Order, led MapLight to develop a software tool to report misinformation. This tool will strengthen MapLight's efforts to encourage platforms to remove such content. Following the Executive Order, MapLight will now need to amplify its efforts to ensure that its voice is heard by government decisionmakers and online platforms concerning the threat posed by unchecked false information about voting online.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Berkeley, California, on September 4, 2020.

/s/ *Daniel G. Newman*
Daniel G. Newman

Cooley LLP
Attorneys at Law
San Francisco

4

Newman Declaration ISO Plaintiffs'
Motion for Preliminary Injunction
Case No. 3:20-cv-06021-WHO

## ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from the Signatory of this document, pursuant to L.R. 5-1(i)(3).

/s/ *Kathleen R. Hartnett*
Kathleen R. Hartnett

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

NEWMAN DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:20-CV-06021-WHO