COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    (415) 693 2000
Facsimile:    (415) 693 2222

Attorneys for Plaintiffs
ROCK THE VOTE; VOTO LATINO;
COMMON CAUSE; FREE PRESS; and
MAPLIGHT

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK THE VOTE; VOTO LATINO; COMMON CAUSE; FREE PRESS; and MAPLIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General of the United States; WILBUR L. ROSS, JR. in his official capacity as United States Secretary of Commerce; DOUGLAS W. KINKOPH, in his official capacity as Associate Administrator of the Office of Telecommunications and Information Applications; and RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>Defendants. | Case No. 3:20-cv-06021-WHO<br><br>**DECLARATION OF MATTHEW F. WOOD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WOOD DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)

DAVID GREENE (160107)
(davidg@eff.org)
CORYNNE MCSHERRY (221504)
(corynne@eff.org)
AARON MACKEY (286647)
(amackey@eff.org)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA   94109-7701
Telephone:     (415) 436-9333

KRISTY PARKER (*pro hac vice forthcoming*)
(kristy.parker@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, #163
Washington, DC 20006
Telephone:     (202) 849-9307
Facsimile:      (929) 777-8428

NGOZI J. NEZIANYA (*pro hac vice forthcoming*)
(ngozi.nezianya@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
115 Broadway, Fl 5
New York, NY 10006
Telephone:     (202) 934-3636
Facsimile:      (929) 777-8428

BEN BERWICK (*pro hac vice forthcoming*)
(ben.berwick@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone:     (202)  579-4582
Facsimile:      (929) 777-8428

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

WOOD DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)

I, Matthew F. Wood, declare as follows:

1. I am over eighteen years of age. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the following facts, and if called to testify, could and would testify competently thereto.

2. I am the Vice President of Policy and General Counsel of Free Press.

3. Free Press is a non-profit public advocacy organization building a nationwide movement to change media and technology policies. Free Press works with more than 1.4 million activists throughout the United States and around the world to make sure that technological tools empower people and strengthen democracy rather than undermining it.

4. Free Press works to ensure that people in the United States have access to diverse and accurate information, including through its advocacy and activism to protect net neutrality, to achieve affordable Internet access for all, to uplift the voices of people of color in the media, to challenge old and new media gatekeepers to serve the public interest, to end unwarranted surveillance, to defend press freedom, and to reimagine local journalism.

5. Free Press expends significant resources to push online platforms to moderate misinformation and hate online while recognizing and strongly advocating for those platforms' First Amendment rights to engage in such moderation. Free Press relies heavily on online platforms—including those targeted by the Executive Order—to disseminate and receive information and promote its mission of allowing the public to connect and communicate freely, including online. Free Press also relies on online platforms' moderation of false, misleading, or hateful content, including through platforms' flagging, contextualizing, or even removing information when it violates individual platforms' terms of service (such as Twitter's flagging of the President's false tweets about mail-in voting).

6. Free Press co-created and is participating in the Change the Terms campaign. Change the Terms is a coalition of civil rights, anti-hate, media justice, and open-Internet organizations united in their belief that technology companies should escalate their efforts to combat hateful content on their platforms. To that end, Change the Terms developed model corporate policies to help Internet companies stop hate and extremism online and dedicate further

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

WOOD DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)

efforts to protecting people of color, women, LGBTQIA+ people, religious minorities and other marginalized communities. Change the Terms advocates for online intermediaries to be fully engaged in curating and moderating user content on their sites—and that curating and moderating is precisely the speech that the Executive Order punishes and seeks to eradicate. Change the Terms seeks directly to influence the large online intermediaries, including Twitter, Facebook and YouTube, through time-intensive meetings and conversations with such companies and through public advocacy efforts too.

7. Defendants' actions—threatening and retaliating against online platforms for curating content and correcting misinformation about issues of public importance—fly in the face of Free Press's mission to encourage and amplify precisely that type of content moderation.

8. Defendants' words and actions will force Free Press to divert limited organizational resources, including significant worktime from as much as 15 percent of its staff, away from other mission-critical activities to counter the Executive Order's attacks on online platforms' curation of content. Among other things, Free Press will now have to participate in the Federal Communications Commission rulemaking process that the Executive Order mandates and conduct a wide range of outreach—to other governmental agencies, to other activist groups, to the public, and to the platforms—to curb the Executive Order's effects. Initial comments on the Petition for Rulemaking mandated by the Executive Order were due at the FCC this week, on September 2, 2020. Free Press attorneys and communications staff collectively spent more than a week of staff time analyzing the Executive Order and subsequent Petition for Rulemaking written by the administration; drafting and filing comments in response to that petition; and disseminating those comments to the press and to allied organizations.

9. A second round of reply comments are due later this month, on September 17, and Free Press attorneys and communications staff likely will spend that much time again reviewing other parties' submissions and crafting its own response to the agency.

10. By discouraging platforms from moderating their own content, the Order will frustrate Free Press's efforts to improve online platforms' content moderation, including through the Change the Terms campaign.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

WOOD DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)

11.     As a direct consequence of Defendants' issuance and implementation of the Executive Order, Free Press has diverted crucial human and financial resources at a pivotal time before the November 2020 election, and specifically diverted them away from other activities already under way and unrelated to the Executive Order, to correct broadcast media misrepresentations and online disinformation about the election, racial justice protests, the pandemic, and other topics.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Washington, DC, on September 4, 2020.

/s/ *Matthew F. Wood*
Matthew F. Wood

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

WOOD DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)

## ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from the Signatory of this document, pursuant to L.R. 5-1(i)(3).

/s/ *Kathleen R. Hartnett*
Kathleen R. Hartnett

Cooley LLP
Attorneys at Law
San Francisco

6

WOOD DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)