COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:     (415) 693 2000
Facsimile:      (415) 693 2222

Attorneys for Plaintiffs
ROCK THE VOTE; VOTO LATINO;
COMMON CAUSE; FREE PRESS; and
MAPLIGHT

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK THE VOTE; VOTO LATINO; COMMON CAUSE; FREE PRESS; and MAPLIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General of the United States; WILBUR L. ROSS, JR. in his official capacity as United States Secretary of Commerce; DOUGLAS W. KINKOPH, in his official capacity as Associate Administrator of the Office of Telecommunications and Information Applications; and RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>Defendants. | Case No. 3:20-cv-06021-WHO<br><br>**DECLARATION OF DANNY FRIEDMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FRIEDMAN DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)

DAVID GREENE (160107)
(davidg@eff.org)
CORYNNE MCSHERRY (221504)
(corynne@eff.org)
AARON MACKEY (286647)
(amackey@eff.org)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA   94109-7701
Telephone:     (415) 436-9333

KRISTY PARKER (*pro hac vice forthcoming*)
(kristy.parker@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, #163
Washington, DC 20006
Telephone:     (202) 849-9307
Facsimile:      (929) 777-8428

NGOZI J. NEZIANYA (*pro hac vice forthcoming*)
(ngozi.nezianya@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
115 Broadway, Fl 5
New York, NY 10006
Telephone:     (202) 934-3636
Facsimile:      (929) 777-8428

BEN BERWICK (*pro hac vice forthcoming*)
(ben.berwick@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone:     (202)  579-4582
Facsimile:      (929) 777-8428

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

FRIEDMAN DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)

I, Danny Friedman, declare as follows:

1. I am over eighteen years of age. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the following facts, and if called to testify, could and would testify competently thereto.

2. Voto Latino is a nonprofit organization that engages, educates, and empowers Latinx communities across the United States. Voto Latino's mission is to (1) educate and empower a new generation of Latinx voters and (2) create a more robust and inclusive democracy.

3. Founded in 2004, Voto Latino is a public advocacy and activist organization that focuses its work on Latinx voters across the United States because Latinx communities face distinctive challenges including racial profiling from law enforcement, insufficient access to affordable housing, unsafe working conditions, segregated public schools, and immigration raids. Voto Latino pioneered the use of text messaging as a political tool.

4. In 2010, Voto Latino launched an initiative called "Be Counted" to ensure that Latinx residents of the United States would be counted in the 2010 Census, which ultimately generated $150 million in federal funding for Latinx communities.

5. Latinx communities face distinctive challenges including racial profiling from law enforcement, insufficient access to affordable housing, unsafe working conditions, segregated public schools, and immigration raids. Black and Latinx Americans are three times more likely than white Americans to be told they lack correct voting identification, to be unable to locate a polling place, or to miss a registration deadline. Voter suppression efforts advanced by the President's allies target these communities.

6. To ensure that Latinx voices are represented in the democratic process, one of Voto Latino's main priorities is to register eligible Latinx voters to vote. In the 2020 election cycle, Voto Latino's goal is to register at least 500,000 voters.

7. Because young people, as well as Latinx communities more broadly, are heavy users of social media, they are particularly susceptible to false information spread on online platforms. Voto Latino uses Facebook, Twitter, and Instagram, as well as dating sites and other online

Cooley LLP
Attorneys at Law
San Francisco

3

FRIEDMAN DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)

platforms, to reach and engage young Latinx voters. In June 2020 alone, Voto Latino had 92 million impressions (i.e., views of its posts) across Facebook, Twitter, and Instagram.

8. In furtherance of its mission, Voto Latino expends significant resources to register, educate, and mobilize thousands of Latinx voters each election cycle. Voto Latino uses social media platforms—including those targeted by the Executive Order—as a primary tool to reach and inform the Latinx voters whom it serves.

9. Due to the COVID-19 pandemic, which makes in-person voter registration impracticable, Voto Latino has increasingly turned to online platforms as essential tools for helping its constituencies of eligible voters understand how to make their voices heard. Voto Latino relies on online platforms to provide information about registering to vote and voting remotely.

10. Voto Latino depends on online platforms' moderation to obtain and provide accurate and truthful information to the eligible voters that Voto Latino seeks to register by Election Day. Specifically, Voto Latino relies on online platforms' moderation of false, misleading, or hateful content, including through platforms' flagging, contextualizing, or even removing information when warranted (such as Twitter's flagging of the President's false tweets about mail-in voting). Voto Latino has an organizational interest in online platforms' curating content and combating misinformation on their platforms.

11. Defendants' words and actions will force Voto Latino to divert organizational resources away from mission-critical activities in a federal election year (*i.e.*, enabling Latinx voters to register and vote) to counter misinformation online about voting. Voto Latino also will need to ensure that its voice is heard by government decisionmakers and online platforms concerning the threat posed by unchecked false information about voting online, as encouraged by the Executive Order.

12. As a direct consequence of Defendants' issuance and implementation of the Executive Order, Voto Latino will engage in significant spending to correct voting misinformation in the 2020 election cycle. For example, 76 percent of Latinx households use Facebook, and thus Voto Latino must divert resources from its mission-critical activities in order to combat misinformation about elections on Facebook. Voto Latino already has had to eliminate a planned

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

FRIEDMAN DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)

campaign to educate voters about specific candidates in order to divert resources to a campaign to provide voters with accurate information about voting by mail—the very issue that prompted the Executive Order.  If the Executive Order were no longer in effect, Voto Latino could reallocate these resources back to initiatives that are critical to its mission of empowering and engaging voters.

13.     Defendants' actions have caused confusion among voters and concern that the voting process is "rigged" or flawed.  Voto Latino seeks to ensure that citizens can have confidence in voting.  As a direct consequence of the Executive Order, Voto Latino has diverted crucial resources at a critical time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at Arlington, Virginia, on September 4, 2020.

/s/ Danny Friedman
Danny Friedman

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

FRIEDMAN DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(CASE NO. 3:20-CV-06021-WHO)

## **ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from the Signatory of this document, pursuant to L.R. 5-1(i)(3).

/s/ *Kathleen R. Hartnett*
Kathleen R. Hartnett