```
COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    (415) 693 2000
Facsimile:    (415) 693 2222

Attorneys for Plaintiffs
ROCK THE VOTE; VOTO LATINO;
COMMON CAUSE; FREE PRESS; and
MAPLIGHT
```

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK THE VOTE; VOTO LATINO; COMMON CAUSE; FREE PRESS; and MAPLIGHT,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General of the United States; WILBUR L. ROSS, JR. in his official capacity as United States Secretary of Commerce; DOUGLAS W. KINKOPH, in his official capacity as Associate Administrator of the Office of Telecommunications and Information Applications; and RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-06021-WHO<br><br>**DECLARATION OF KATHLEEN R. HARTNETT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HARTNETT DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:20-CV-06021-WHO

DAVID GREENE (160107)
(davidg@eff.org)
CORYNNE MCSHERRY (221504)
(corynne@eff.org)
AARON MACKEY (286647)
(amackey@eff.org)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA   94109-7701
Telephone:     (415) 436-9333

KRISTY PARKER (*pro hac vice forthcoming*)
(kristy.parker@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, #163
Washington, DC 20006
Telephone:     (202) 849-9307
Facsimile:     (929) 777-8428

NGOZI J. NEZIANYA (*pro hac vice forthcoming*)
(ngozi.nezianya@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
115 Broadway, Fl 5
New York, NY 10006
Telephone:     (202) 934-3636
Facsimile:     (929) 777-8428

BEN BERWICK (*pro hac vice forthcoming*)
(ben.berwick@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone:     (202) 579-4582
Facsimile:     (929) 777-8428

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

HARTNETT DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:20-CV-06021-WHO

I, Kathleen R. Hartnett, hereby declare and state the following:

1. I am over the age of eighteen years old. I am a partner at Cooley LLP, counsel for Plaintiffs Rock the Vote, Voto Latino, Common Cause, Free Press and MapLight ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. Except as otherwise noted, I have personal knowledge of the following facts and, if called to testify, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Pew Research Center's Social Media Fact Sheet, available at https://www.pewresearch.org/internet/fact-sheet/social-media/ (last accessed Sept. 4, 2020).

3. Attached as Exhibit 2 is a true and correct copy of a May 27, 2020, article about Social Media Usage from National Public Radio, available at https://www.npr.org/2020/05/27/860369744/social-media-usage-is-at-an-all-time-high-that-could-mean-a-nightmare-for-democr (last accessed Sept. 3, 2020).

4. Attached as Exhibit 3 is a true and correct copy of Senate Intelligence Committee Report, Volume 2, Russia's Use of Social Media, released October 2019, available at https://www.intelligence.senate.gov/sites/default/files/documents/Report_Volume2.pdf (last accessed Sept. 3, 2020).

5. Attached as Exhibit 4 is a true and correct copy of the first page of President Trump's Twitter feed, available at https://twitter.com/realDonaldTrump (last accessed Sept. 4, 2020).

6. Attached as Exhibit 5 is a true and correct copy of the first page of President Trump's Facebook feed, available at https://www.facebook.com/DonaldTrump/ (last accessed Sept. 4, 2020).

7. Attached as Exhibit 6 is a true and correct copy of an August 7, 2020 press release from the National Counterintelligence and Security Center, available at https://www.dni.gov/index.php/newsroom/press-releases/item/2139-statement-by-ncsc-director-william-evanina-election-threat-update-for-the-american-public (last accessed Sept. 4, 2020).

8. Attached as Exhibit 7 is a true and correct copy of the transcript of President

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

HARTNETT DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:20-CV-06021-WHO

Trump's May 28, 2020 announcement of the Executive Order, available at https://www.whitehouse.gov/briefings-statements/remarks-president-trump-announcing-executive-order-preventing-online-censorship/ (last accessed Sept. 4, 2020).

9. The Complaint (ECF No. 1) contains true and correct copies of tweets by @realDonaldTrump, @atrupar, @JocelynBenson @TwitterSafety, @ACTforAmerica, and @gatewaypundit at paragraphs 16, 55–69, 72–73, and 108–16. The Complaint also contains true and correct quotations from publicly available references as follows:

- Paragraph 57: Rebecca Morin, Kudlow: White House 'taking a look' at Google regulations, Politico (Aug. 28, 2018), https://www.politico.com/story/2018/08/28/larry-kudlow-google-regulations-conservativeoutlets-798995.

- Paragraph 58: Joe Williams, Trump: US should sue Google for 'trying to rig' the 2020 Elections, Fox Business Network (June 26, 2019), https://www.foxbusiness.com/technology/trump-us-should-sue-googlefacebook.

- Paragraph 59 and 60: https://www.whitehouse.gov/briefings-statements/remarks-president-trump-presidential-socialmedia-summit/.

- Paragraph 66: Twitter Safety, Strengthening our approach to deliberate attempts to mislead voters, Twitter (Apr. 24, 2019), https://blog.twitter.com/en_us/topics/company/2019/strengthening-ourapproach-to-deliberate-attempts-to-mislead-vot.html.

- Paragraphs 72 and 73: Remarks by President Trump Announcing an Executive Order on Preventing Online Censorship (May 28, 2020, 3:47 PM), https://www.whitehouse.gov/briefings-statements/remarkspresident-trump-announcing-executive-order-preventing-online-censorship/ (official transcript).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Oakland, California on September 4, 2020.

/s/ Kathleen R. Hartnett
Kathleen R. Hartnett

232944932

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

HARTNETT DECLARATION ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:20-CV-06021-WHO