# EXHIBIT 1

*Internet & Technology*

MAIN | MORE ▾

JUNE 12, 2019

# Social Media Fact Sheet

▸ Table of Contents

MORE FACT SHEETS: **INTERNET/BROADBAND** | **MOBILE TECHNOLOGY**

Today around seven-in-ten Americans use social media to connect with one another, engage with news content, share information and entertain themselves. Explore the patterns and trends shaping the social media landscape over the past decade below.



## Social media use over time

When Pew Research Center began tracking social media adoption in 2005, just 5% of American adults used at least one of these platforms. By 2011 that share had risen to half of all Americans, and today 72% of the public uses some type of social media.



Chart | Data | Share | Embed



% of U.S. adults who use at least one social media site

Source: Surveys conducted 2005-2019.

PEW RESEARCH CENTER



## Who uses social media

As more Americans have adopted social media, the social media user base has also grown more representative of the broader population. Young adults were among the earliest social media adopters and continue to use these sites at high levels, but usage by older adults has increased in recent years.

| AGE | RACE | GENDER | INCOME | EDUCATION | COMMUNITY |

Chart | Data | Share | Embed

Chart | Data | Share | Embed

% of U.S. adults who use at least one social media site, by age



— 18-29  — 30-49  — 50-64  — 65+

Source: Surveys conducted 2005-2019.

PEW RESEARCH CENTER



## Which social media platforms are most popular

YouTube and Facebook are the most-widely used online platforms, and its user base is most broadly representative of the population as a whole. Smaller shares of Americans use sites such as Twitter, Pinterest, Instagram and LinkedIn.

Chart | Data | Share | Embed



*% of U.S. adults who use ...*

Source: Surveys conducted 2012-2019.

PEW RESEARCH CENTER



## Who uses each social media platform

Usage of the major social media platforms varies by factors such as age, gender and educational attainment.

FACEBOOK/INSTAGRAM/LINKEDIN    TWITTER/PINTEREST/SNAPCHAT    YOUTUBE/WHATSAPP/REDDIT

*% of U.S. adults who use each social media platform*

Chart   Data   Share   Embed



% of U.S. adults who use ...

Source: Survey conducted Jan. 8 to Feb. 7, 2019.

PEW RESEARCH CENTER



# How often Americans use social media sites

For many users, social media is part of their daily routine. Roughly three-quarters of Facebook users – and around six-in-ten Instagram users – visit these sites at least once a day.

| Chart | Data | Share | Embed |
|---|---|---|---|

*Among the users of each social media site, the % who use that site with the following frequencies*



Note: Numbers may not add to 100 due to rounding.
Source: Survey conducted Jan. 8 to Feb. 7, 2019.

PEW RESEARCH CENTER



## Find out more

Follow these links for more in-depth analysis of the impact of social media on American life.

10 facts about Americans and Facebook May 16, 2019
Social media usage in the U.S. in 2019 April 10, 2019
Millennials stand out for their technology use, but older generations also embrace digital life May 2, 2018
Americans' complicated feelings about social media in an era of privacy concerns March

27, 2018

[Social Media Use in 2018](#) March 1, 2018

[The Future of Truth and Misinformation Online](#) Oct. 19, 2017

[The Future of Free Speech, Trolls, Anonymity and Fake News Online](#) March 29, 2017

All [reports and blog posts](#) related to social media.