# EXHIBIT 4










20+













← Donald J. Trump ✓
55.3K Tweets





⋯   Follow

# Donald J. Trump ✓
@realDonaldTrump

45th President of the United States of America 🇺🇸

📍 Washington, DC   🔗 Instagram.com/realDonaldTrump   📅 Joined March 2009

**50** Following   **85.7M** Followers

Not followed by anyone you're following

| Tweets | Tweets & replies | Media | Likes |

📌 Pinned Tweet

Donald J. Trump ✓ @realDonaldTrump · 9h   ⌄

Volunteer to be a Trump Election Poll Watcher. Sign up today!
#MakeAmericaGreatAgain



⇄ Donald J. Trump Retweeted



Election Day Team |
**Julie Kelly** 🇺🇸 @julie_kelly2 · Apr 20   ⌄
armyfortrump.com
So this seems like a good time to announce the forthcoming release of my

