# EXHIBIT 5

     





# Donald J. Trump

@DonaldTrump · Political Candidate

**Shop Now**

shop.donaldjtrump.com

| Home | Shop | Videos | About | More |

👍 Like

## About — See All

ℹ️ This is the official Facebook page for Donald J. Trump

👍 29,018,815 people like this including 2 of your friends



📁 30,929,408 people follow this

🌐 http://www.donaldjtrump.com/

📁 Political Candidate · Politician

## Photos — See All



