COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    (415) 693 2000
Facsimile:    (415) 693 2222

Attorneys for Plaintiffs
ROCK THE VOTE; VOTO LATINO;
COMMON CAUSE; FREE PRESS; and
MAPLIGHT

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK THE VOTE; VOTO LATINO; COMMON CAUSE; FREE PRESS; and MAPLIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General of the United States; WILBUR L. ROSS, JR. in his official capacity as United States Secretary of Commerce; DOUGLAS W. KINKOPH, in his official capacity as Associate Administrator of the Office of Telecommunications and Information Applications; and RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>Defendants. | Case No. 3:20-cv-06021<br><br>**NOTICE OF APPEARANCE OF BEN BERWICK FOR PLAINTIFFS ROCK THE VOTE, VOTO LATINO, COMMON CAUSE, FREE PRESS, AND MAPLIGHT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
BEN BERWICK
CASE NO. 3:20-CV-06021

| | |
|---|---|
| 1 | DAVID GREENE (160107) |
|   | (davidg@eff.org) |
| 2 | CORYNNE MCSHERRY (221504) |
|   | (corynne@eff.org) |
| 3 | AARON MACKEY (286647) |
|   | (amackey@eff.org) |
| 4 | ELECTRONIC FRONTIER FOUNDATION |
|   | 815 Eddy Street |
| 5 | San Francisco, CA   94109-7701 |
|   | Telephone:     (415) 436-9333 |
| 6 | |
|   | KRISTY PARKER (*pro hac vice forthcoming*) |
| 7 | (kristy.parker@protectdemocracy.org) |
|   | THE PROTECT DEMOCRACY PROJECT, INC. |
| 8 | 2020 Pennsylvania Avenue, NW, #163 |
|   | Washington, DC 20006 |
| 9 | Telephone:     (202) 849-9307 |
|   | Facsimile:      (929) 777-8428 |
| 10 | |
|    | NGOZI J. NEZIANYA (*pro hac vice forthcoming*) |
| 11 | (ngozi.nezianya@protectdemocracy.org) |
|    | THE PROTECT DEMOCRACY PROJECT, INC. |
| 12 | 115 Broadway, Fl 5 |
|    | New York, NY 10006 |
| 13 | Telephone:     (202) 934-3636 |
|    | Facsimile:      (929) 777-8428 |
| 14 | |
|    | BEN BERWICK (*pro hac vice forthcoming*) |
| 15 | (ben.berwick@protectdemocracy.org) |
|    | THE PROTECT DEMOCRACY PROJECT, INC. |
| 16 | 15 Main Street, Suite 312 |
|    | Watertown, MA 02472 |
| 17 | Telephone:     (202)  579-4582 |
|    | Facsimile:      (929) 777-8428 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF
BEN BERWICK
CASE NO. 3:20-CV-06021

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Plaintiffs Rock The Vote, Voto Latino, Common Cause, Free Press, and MapLight ("Plaintiffs") file this Notice of Appearance and hereby notify the Court and all parties that Ben Berwick of The Protect Democracy Project, Inc., 15 Main Street, Suite 312, Watertown, MA 02472, hereby enters his appearance as counsel of record for Plaintiffs in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

Ben Berwick (ben.berwick@protectdemocracy.org)
The Protect Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone:   (202) 579-4582

Dated: September 8, 2020

THE PROTECT DEMOCRACY PROJECT, INC.

By: */s/ Ben Berwick*
 Ben Berwick

COOLEY LLP
Michael G. Rhodes
Travis LeBlanc
Kathleen R. Hartnett
Bethany C. Lobo

Electronic Frontier Foundation
Corynne McSherry
Aaron Mackey

The Protect Democracy Project, Inc.
Kristy Parker
Ngozi J. Nezianya

Attorneys for Plaintiffs
ROCK THE VOTE, VOTO LATINO, COMMON CAUSE, FREE PRESS, and MAPLIGHT

232929555

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

NOTICE OF APPEARANCE OF
BEN BERWICK
CASE NO. 3:20-CV-06021