UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROCK THE VOTE, et. al.

                Plaintiff(s),

v.

DONALD J. TRUMP, et. al.

                Defendant(s).

Case No: 3:20-cv-06021

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ngozi J. Nezianya, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Kathleen R. Hartnett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| The Protect Democracy Project, Inc.<br>115 Broadway, Fl 5, New York, NY 10006 | Cooley LLP<br>101 California Street, 5th fl., S.F., CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(202) 934-3636 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 693-2000 |
| MY EMAIL ADDRESS OF RECORD:<br>ngozi.nezianya@protectdemocracy.org | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>khartnett@cooley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5612577.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/08/20

                                        /s/ Ngozi J. Nezianya
                                              APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Ngozi J. Nezianya is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with local co-counsel designated in the application will constitute notice to the party.

Dated: September 8, 2020

                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

[GRANTED — Judge William H. Orrick]