COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    (415) 693 2000
Facsimile:    (415) 693 2222

Attorneys for Plaintiffs
ROCK THE VOTE; VOTO LATINO;
COMMON CAUSE; FREE PRESS; and
MAPLIGHT

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK THE VOTE; VOTO LATINO; COMMON CAUSE; FREE PRESS; and MAPLIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General of the United States; WILBUR L. ROSS, JR. in his official capacity as United States Secretary of Commerce; DOUGLAS W. KINKOPH, in his official capacity as Associate Administrator of the Office of Telecommunications and Information Applications; and RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>Defendants. | Case No. 3:20-cv-06021-WHO<br><br>**STIPULATION AND ORDER TO SET A CONSOLIDATED BRIEFING SCHEDULE, PAGE LIMITS, AND HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [PROPOSED] ORDER TO SET
CONSOLIDATED SCHEDULE
(CASE NO. 3:20-CV-06021-WHO)

DAVID GREENE (160107)
(davidg@eff.org)
CORYNNE MCSHERRY (221504)
(corynne@eff.org)
AARON MACKEY (286647)
(amackey@eff.org)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA   94109-7701
Telephone:     (415) 436-9333

KRISTY PARKER (*pro hac vice forthcoming*)
(kristy.parker@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, #163
Washington, DC 20006
Telephone:     (202) 849-9307
Facsimile:      (929) 777-8428

NGOZI J. NEZIANYA (*pro hac vice forthcoming*)
(ngozi.nezianya@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
115 Broadway, Fl 5
New York, NY 10006
Telephone:     (202) 934-3636
Facsimile:      (929) 777-8428

BEN BERWICK (*pro hac vice forthcoming*)
(ben.berwick@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone:     (202) 579-4582
Facsimile:      (929) 777-8428

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. AND [PROPOSED] ORDER TO SET
CONSOLIDATE SCHEDULE
(CASE NO. 3:20-CV-06021-WHO)

WHEREAS, Plaintiffs filed their complaint on August 27, 2020 (ECF No. 1);

WHEREAS, Plaintiffs filed their motion for preliminary injunction on September 4, 2020, with a hearing date noticed for October 14, 2020 (ECF No. 19);

WHEREAS, Defendants' opposition to the motion for preliminary injunction is currently due on September 18, 2020, and Plaintiffs' reply brief is due on September 25, 2020;

WHEREAS, Defendants intend to file a motion to dismiss that is likely to raise overlapping issues with Plaintiffs' motion for preliminary injunction;

WHEREAS, the parties agree that it would be most efficient to consolidate the briefing schedules for Plaintiffs' motion for preliminary injunction and Defendants' anticipated motion to dismiss, in light of the likely overlapping issues;

WHEREAS, the parties agree that a modest expansion of the page limits will allow the parties to brief the matters at issue fully—and, if briefing is consolidated—will result in fewer pages than if the motions were briefed separately;

NOW, THEREFORE, the parties respectfully request that the Court set the briefing schedule, page limits, and hearing date as follows:

- September 23, 2020: Defendants' opposition to Plaintiffs' motion for preliminary injunction and cross-motion to dismiss (30 pages);
- October 5, 2020: Plaintiffs' reply in support of motion for preliminary injunction and opposition to cross-motion to dismiss (30 pages);
- October 14, 2020: Defendants' reply in support of motion to dismiss (15 pages);
- October 21, 2020 (or as early as the Court allows): hearing on both motions.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. AND [PROPOSED] ORDER TO SET
CONSOLIDATE SCHEDULE
(CASE NO. 3:20-CV-06021-WHO)

| | |
|---|---|
| Dated: September 11, 2020 | COOLEY LLP<br><br>By: /s/ Kathleen Hartnett<br>　　Michael G. Rhodes<br>　　Travis LeBlanc<br>　　Kathleen R. Hartnett<br>　　Bethany C. Lobo<br><br>　　Electronic Frontier Foundation<br>　　David Greene<br>　　Corynne McSherry<br>　　Aaron Mackey<br><br>　　The Protect Democracy Project, Inc.<br>　　Kristy Parker<br>　　Ngozi J. Nezianya<br>　　Ben Berwick<br><br>　　Attorneys for Plaintiffs<br>　　ROCK THE VOTE, VOTO LATINO,<br>　　COMMON CAUSE, FREE PRESS, and<br>　　MAPLIGHT<br><br>JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>LESLEY FARBY<br>Assistant Branch Director<br><br>/s/ JAMES C. LUH<br>JAMES C. LUH (N.Y. Bar)<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St NW<br>Washington DC 20530<br>Tel: (202) 514-4938<br>E-mail: James.Luh@usdoj.gov<br>Attorneys for Defendants |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. AND [PROPOSED] ORDER TO SET
CONSOLIDATE SCHEDULE
(CASE NO. 3:20-CV-06021-WHO)

**<u>ATTESTATION</u>**

I hereby attest that concurrence in the filing of this document has been obtained from the Signatory of this document, pursuant to L.R. 5-1(i)(3).

/s/ *Kathleen R. Hartnett*
Kathleen R. Hartnett

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 14, 2020

_____
Hon. William H. Orrick
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIP. AND [PROPOSED] ORDER TO SET
CONSOLIDATE SCHEDULE
(CASE NO. 3:20-CV-06021-WHO)