1

2

3

4

5

6

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   (415) 693 2000
Facsimile:   (415) 693 2222

7

8

9

Attorneys for Plaintiffs
ROCK THE VOTE; VOTO LATINO;
COMMON CAUSE; FREE PRESS; and
MAPLIGHT

*Additional counsel listed on next page*

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| ROCK THE VOTE; VOTO LATINO; COMMON CAUSE; FREE PRESS; and MAPLIGHT, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J.  TRUMP, in his official capacity as President of the United States; WILLIAM P.  BARR, in his official capacity as Attorney General of the United States; WILBUR L.  ROSS, JR.  in his official capacity as United States Secretary of Commerce; DOUGLAS W.  KINKOPH, in his official capacity as Associate Administrator of the Office of Telecommunications and Information Applications; and RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget, <br><br> Defendants. | Case No.  3:20-cv-06021-WHO <br><br> **PLAINTIFFS' NOTICE OF INTENTION NOT TO AMEND COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DAVID GREENE (160107)
(davidg@eff.org)
CORYNNE MCSHERRY (221504)
(corynne@eff.org)
AARON MACKEY (286647)
(amackey@eff.org)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA   94109-7701
Telephone:     (415) 436-9333

KRISTY PARKER (admitted *pro hac vice*)
(kristy.parker@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, #163
Washington, DC 20006
Telephone:     (202) 849-9307
Facsimile:     (929) 777-8428

NGOZI J. NEZIANYA (admitted *pro hac vice*)
(ngozi.nezianya@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
115 Broadway, Fl 5
New York, NY 10006
Telephone:     (202) 934-3636
Facsimile:     (929) 777-8428

BEN BERWICK (admitted *pro hac vice*)
(ben.berwick@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone:     (202) 579-4582
Facsimile:     (929) 777-8428

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF INTENTION NOT TO
AMEND COMPLAINT
CASE NO. 3:20-CV-06021-WHO

1    TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD, PLEASE TAKE

2  NOTICE, that Plaintiffs Rock the Vote, Voto Latino, Common Cause, Free Press, and MapLight

3  elect to stand on the allegations of the Complaint in this matter and for this reason will not submit

4  an amended complaint as allowed by the court's October 29, 2020 Order Denying Preliminary

5  Injunction and Granting Motion to Dismiss (ECF No. 39) and instead intend to pursue appeal of

6  that Order.

7

8                                             Respectfully submitted,

9

10  Dated:  November 18, 2020                 COOLEY LLP

11

12                                     By:  /s/ Michael G. Rhodes
                                           Michael G. Rhodes
13                                         Travis LeBlanc
                                           Bethany C. Lobo
14
                                           Electronic Frontier Foundation
15                                         David Greene
                                           Corynne McSherry
16                                         Aaron Mackey

17                                         The Protect Democracy Project, Inc.
                                           Kristy Parker
18                                         Ngozi J.  Nezianya
                                           Ben Berwick
19
                                           Attorneys for Plaintiffs
20                                         ROCK THE VOTE, VOTO LATINO,
                                           COMMON CAUSE, FREE PRESS, and
21                                         MAPLIGHT

22

23

24

25

26

27

28    238388540

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

NOTICE OF INTENTION NOT TO
AMEND COMPLAINT
CASE NO.  3:20-CV-06021-WHO