UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROCK THE VOTE, et al.,

    Plaintiffs,

    v.

DONALD J. TRUMP, et al.,

    Defendants.

Case No.  20-cv-06021-WHO

**JUDGMENT**

For the reasons set forth in the court's Order of October 29, 2020 dismissing plaintiffs' complaint, and plaintiffs' decision not to amend, judgment is accordingly entered in favor of the defendants and against plaintiffs.

**IT IS SO ORDERED.**

Dated: November 25, 2020



William H. Orrick
United States District Judge