COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
BETHANY C. LOBO (248109)
(blobo@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    (415) 693 2000
Facsimile:    (415) 693 2222

Attorneys for Plaintiffs
ROCK THE VOTE; VOTO LATINO;
COMMON CAUSE; FREE PRESS; and
MAPLIGHT

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK THE VOTE; VOTO LATINO; COMMON CAUSE; FREE PRESS; and MAPLIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; WILLIAM P. BARR, in his official capacity as Attorney General of the United States; WILBUR L. ROSS, JR. in his official capacity as United States Secretary of Commerce; DOUGLAS W. KINKOPH, in his official capacity as Associate Administrator of the Office of Telecommunications and Information Applications; and RUSSELL T. VOUGHT, in his official capacity as Director of the Office of Management and Budget,<br><br>Defendants. | Case No. 3:20-cv-06021-WHO<br><br>**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFFS' NOTICE OF APPEAL AND
REPRESENTATION STATEMENT
CASE NO. 3:20-CV-06021-WHO

DAVID GREENE (160107)
(davidg@eff.org)
CORYNNE MCSHERRY (221504)
(corynne@eff.org)
AARON MACKEY (286647)
(amackey@eff.org)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA   94109-7701
Telephone:     (415) 436-9333

KRISTY PARKER (*admitted pro hac vice*)
(kristy.parker@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, #163
Washington, DC 20006
Telephone:     (202) 849-9307
Facsimile:      (929) 777-8428

NGOZI J. NEZIANYA (*admitted pro hac vice*)
(ngozi.nezianya@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
115 Broadway, Fl 5
New York, NY 10006
Telephone:     (202) 934-3636
Facsimile:      (929) 777-8428

BEN BERWICK (*admitted pro hac vice*)
(ben.berwick@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone:     (202)  579-4582
Facsimile:      (929) 777-8428

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

PLAINTIFFS' NOTICE OF APPEAL AND
REPRESENTATION STATEMENT
CASE NO. 3:20-CV-06021-WHO

**TO THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1291, plaintiffs Rock the Vote, Voto Latino, Common Cause, Free Press and Maplight ("Plaintiffs") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on November 25, 2020 (ECF No. 42) attached hereto as Exhibit B, and all orders affecting the Judgment, including the District Court's October 29, 2020 Order Denying Motion for Preliminary Injunction and Granting Motion to Dismiss (ECF No. 39) attached hereto as Exhibit A.

Dated:  January 25, 2021     COOLEY LLP


By: */s/ Michael G. Rhodes*
    Michael G. Rhodes
    Travis LeBlanc
    Kathleen R. Hartnett
    Bethany C. Lobo

    Electronic Frontier Foundation
    David Greene
    Corynne McSherry
    Aaron Mackey

    The Protect Democracy Project, Inc.
    Kristy Parker
    Ngozi J. Nezianya
    Ben Berwick

    Attorneys for Plaintiffs
    ROCK THE VOTE, VOTO LATINO,
    COMMON CAUSE, FREE PRESS, and
    MAPLIGHT

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

PLAINTIFFS' NOTICE OF APPEAL AND
REPRESENTATION STATEMENT
CASE NO. 3:20-CV-06021-WHO

# REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, the following identifies all parties to the above-entitled action, as known at this time, along with the names, addresses, and telephone numbers of their respective counsel.

*Counsel for Plaintiffs*
*Rock The Vote, Voto Latino, Common Cause,*
*Free Press, and Maplight*:

COOLEY LLP
Michael G. Rhodes (116127)
(rhodesmg@cooley.com)
Travis LeBlanc (251097)
(tleblanc@cooley.com)
Kathleen R. Hartnett (314267)
(khartnett@cooley.com)
Bethany C. Lobo (248109)
(blobo@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:     (415) 693 2000
Facsimile:      (415) 693 2222

David Greene (160107)
(davidg@eff.org)
Corynne McSherry (221504)
(corynne@eff.org)
Aaron Mackey (286647)
(amackey@eff.org)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA   94109-7701
Telephone:     (415) 436-9333

Kristy Parker (*admitted pro hac vice*)
(kristy.parker@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, #163
Washington, DC 20006
Telephone:     (202) 849-9307
Facsimile:      (929) 777-8428

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

PLAINTIFFS' NOTICE OF APPEAL AND
REPRESENTATION STATEMENT
CASE NO. 3:20-CV-06021-WHO

Ngozi J. Nezianya (*admitted pro hac vice*)
(ngozi.nezianya@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
115 Broadway, Fl 5
New York, NY 10006
Telephone:   (202) 934-3636
Facsimile:   (929) 777-8428

Ben Berwick (*admitted pro hac vice*)
(ben.berwick@protectdemocracy.org)
THE PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone:   (202) 579-4582
Facsimile:   (929) 777-8428

*Counsel for Defendants*
*Donald J. Trump, William Barr, Wilbur Ross,*
*Doug Kinkoph and Russell Vought*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
LESLEY FARBY
Assistant Branch Director
JAMES C. LUH (N.Y. Bar)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, DC 20530
Tel: (202) 514-4938
E-mail: James.Luh@usdoj.gov

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

PLAINTIFFS' NOTICE OF APPEAL AND
REPRESENTATION STATEMENT
CASE NO. 3:20-CV-06021-WHO

Dated: January 25, 2021

COOLEY LLP

By: */s/ Michael G. Rhodes*
    Michael G. Rhodes
    Travis LeBlanc
    Kathleen R. Hartnett
    Bethany C. Lobo

Electronic Frontier Foundation
David Greene
Corynne McSherry
Aaron Mackey

The Protect Democracy Project, Inc.
Kristy Parker
Ngozi J. Nezianya
Ben Berwick

Attorneys for Plaintiffs
ROCK THE VOTE, VOTO LATINO, COMMON CAUSE, FREE PRESS, and MAPLIGHT

242561748

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

PLAINTIFFS' NOTICE OF APPEAL AND
REPRESENTATION STATEMENT
CASE NO. 3:20-CV-06021-WHO