FILED

AUG 11 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROCK THE VOTE; et al.,<br><br>           Plaintiffs-Appellants,<br><br>  v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States; et al.,<br><br>           Defendants-Appellees. | No. 21-15149<br><br>D.C. No. 3:20-cv-06021-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: SCHROEDER, TASHIMA, and HURWITZ, Circuit Judges.

Appellants' unopposed motion to dismiss this appeal as moot (Docket Entry No. 21) is granted.  We agree that the revocation of the challenged executive order has rendered the case moot.  *See Trump v. Hawaii*, 138 S. Ct. 377 (2017) (holding appeal moot where provisions of challenged executive order expired by their own terms).  We therefore dismiss this appeal as moot and accordingly vacate the district court's judgment and remand with instructions to dismiss the case.  *See U.S. Bancorp Mortg. Co. v. Bonner Mall P'ship*, 513 U.S. 18, 23 (1994) ("[V]acatur must be granted where mootness results from the unilateral action of the party who prevailed in the lower court.").

**VACATED and REMANDED.**

LCC/MOATT