UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 04 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROCK THE VOTE; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States; et al., <br><br> Defendants - Appellees. | No. 21-15149 <br><br> D.C. No. 3:20-cv-06021-WHO <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered August 11, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7