UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK THE VOTE, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>          Defendants. | Case No. 20-cv-06021-WHO<br><br>**ORDER FOLLOWING MANDATE** |

Consistent with the Ninth Circuit's mandate vacating the prior judgment and remanding this case for dismissal as moot, this case is dismissed as moot.  The Clerk shall re-close the case.

**IT IS SO ORDERED.**

Dated: October 4, 2021



William H. Orrick
United States District Judge